Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Christopher Casey Trujillo**<br>**Lorena Trujillo**<br>SSN: XXX-XX-1463<br>SSN: XXX-XX-7708<br><br>Debtor(s) | Case No. 09-31140 WTT<br>Chapter 7 |

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
## UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.      On November 5, 2010, the Court approved the trustee's final report and proposed distribution.

2.      Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

T\NoticeofPymtSmDividends                              1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 8. | Sandy City | PO Box 1099<br>Sandy, UT 84091-1099 | $0.46 |

3. These funds are on deposit in Bank of America, account number 4437701981.

4. A check in the amount of Forty-Six ($0.46), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** November 8, 2010

                                      Woodbury & Kesler, P.C.

                                      Elizabeth R. Loveridge
                                      Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111

Christopher Casey Trujillo & Lorena Trujillo
1943 Cameley Circle
Sandy, UT 84093-1400

Jory L. Trease
254 West 400 South
Suite 303
Salt Lake City, UT 84101

Date: 11/08/10             **DIVIDENDS REMITTED TO THE COURT**           Page:

Case Number 09-31140 - Trujillo, Christopher Casey

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Sandy City**<br>PO Box 1099<br>Sandy, UT 84091-1099<br>   acct # 453-3 (utility service) | 000008 | 29.81 | 0.46 |
| ---------- Remittance Total --------------- | | 29.81 | 0.46 |

Elizabeth R. Loveridge, Trustee